# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Catherine Spoon
Plaintiff

v.

26-cv-1707
Civil Action No.

Jobble, Inc.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Catherine Spoon

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Catherine Spoon, Paronich Law, P.C.

Date:              May 27, 2026

Signature:

Print Name:        Anthony Paronich

Bar Number:        678437

Address:           350 Lincoln St., Suite 2400

City, State, Zip:  Hingham, MA 02043

Telephone:         (508) 221-1510

Fax:               (617) 485-0018

E-Mail:            anthony@paronichlaw.com

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.