# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| **CATHERINE SPOON, on behalf of herself and all others similarly situated** | ) ) ) ) ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. 3:26-cv-01707-K |
| | ) ) |
| **JOBBLE, INC.** | ) ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Steve Ceppi, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on June 4, 2026, at 9:40 am. I delivered these documents to Jobble Inc in Suffolk County, MA on June 5, 2026 at 11:54 am at 155 Federal St, Fl 9, Boston, MA 02110-1610 by leaving the following documents with Arlene Iheghi who as Manager is authorized by appointment or by law to receive service of process for Jobble Inc.

Summons in a Civil Action, CLASS ACTION COMPLAINT

Race: Black or African American, Sex: Female, Est. Age: 55-64, Hair: Black, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=42.3538704471,-71.0567728503
Photograph: See Exhibit 1

Total Cost: $120.00

My name is Steve Ceppi, I am 18 years of age or older, and my address is 11 Wigwam Circle, Arlington, MA 02474, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Steve Ceppi*

Executed in

_____Suffolk County_____,

_____MA_____on____6/5/2026_____.

Steve Ceppi
+1 (617) 930-5369

Exhibit 1a)

