**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

CATHERINE SPOON, on behalf of herself
and all others similarly situated,

        Plaintiff,

    v.

JOBBLE, INC.,

        Defendant.

Case No. 3:26-cv-01707-K

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

This matter, coming to be heard on "Defendant's Unopposed Motion for an Extension of Time to Answer, Move, or Otherwise Respond to the Complaint" (hereafter, the "Motion"), which was filed on June 23, 2026, due notice having been given, the relevant Parties being in agreement, and for good cause shown, **IT IS HEREBY ORDERED** that: (i) the Motion is **GRANTED** for all the reasons stated therein; and (ii) Defendant shall have until **July 27, 2026** to answer, move, or otherwise respond to Plaintiff's Complaint (*see* Dkt. 1).

        **SO ORDERED THIS \_\_\_ DAY OF _____, 2026,**

        By:_____
                 Hon. Ed Kinkeade
                 United States District Judge