**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

|  |  |  |
|---|---|---|
| **CATHERINE SPOON, on behalf of herself and all others similarly situated** | ) ) ) ) | |
| *Plaintiff,* | ) ) ) | **Case No. 3:26-cv-01707-K** |
| **v.** | ) ) | |
| **JOBBLE, INC.** | ) ) ) | |
| *Defendant.* | ) ) | |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

This matter, coming to be heard on "Defendant's Motion to Dismiss Plaintiff's Complaint and Incorporated Brief in Support" ("Motion"), filed on July 27, 2026, due notice having been given, the Court being fully apprised in the premises thereof, and for good cause shown, **IT IS HEREBY ORDERED** that: (i) the Motion is **GRANTED** for all the reasons stated therein; and (ii) Plaintiff's Complaint (*see* Dkt. 1) is hereby dismissed [with] [without] prejudice, in its entirety.

SO ORDERED THIS ___ DAY OF _____, 202__,

By:_____
Hon. Ed Kinkeade
United States District Judge