**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

CATHERINE SPOON, on behalf of herself
and all others similarly situated,

               Plaintiff,

    v.                                 Case No. 3:26-cv-01707-K

JOBBLE, INC.,

               Defendant.

**NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY**

Plaintiff CATHERINE SPOON ("Plaintiff") and Defendant JOBBLE, INC. (individually, "Defendant" and collectively with Plaintiff, the "Parties"), with Defendants' notice and permission, hereby respectfully inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal in this regard, dismissing the entire case, will be filed in the next sixty (60) days. In the meantime, so the Parties can finalize their resolution without incurring litigation expenses or burdening the Court or its resources, the Parties joint and respectfully request that the Court vacate all pending case deadlines (including Defendant's deadline to respond to Plaintiff's First Amended Complaint, which based on the filing date thereof and by operation of Fed. R. Civ. P. 15 (a)(3) is on August 12, 2026, *see* Dkt. 16) and temporarily stay the case, and that the Court retain jurisdiction at this time. A proposed order in this regard is attached hereto for the Court's consideration.

Dated: August 11, 2026

Respectfully submitted,

By: /s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff and the Putative Class*

## <u>CERTIFICATE OF SERVICE</u>

I, hereby certify that on August 11, 2026, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

<u>*/s/ Anthony I. Paronich*</u>
Anthony I. Paronich

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| CATHERINE SPOON, on behalf of herself and all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 3:26-cv-01707-K |
| JOBBLE, INC., | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING JOINT REQUEST TO STAY**

This matter, coming to be heard on the parties' Joint Request to Stay ("Motion"), filed on August 11, 2026, due notice having been given, the Court being fully apprised in the premises thereof, the parties and for good cause shown, **IT IS HEREBY ORDERED** that: (i) the Motion is **GRANTED** for all the reasons stated therein; (ii) this case is temporarily stayed for the next sixty (60) days from the date of this Order; and (iii) if the case is not voluntarily dismissed by the end of the stay, or unless the stay is extended for goods cause, all deadlines will be reinstated.

**SO ORDERED THIS ___ DAY OF _____, 202__,**

By:_____
　　　　Hon. Ed Kinkeade
　　　　United States District Judge