**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| CATHERINE SPOON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOBBLE, INC.<br><br>Defendant. | No. 3:26-cv-01707-K |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P.41(a)(1)(A). The putative class allegations are dismissed without prejudice.

RESPECTFULLY SUBMITTED AND DATED this 19th day of October, 2026.

*/s/ Anthony Paronich*
Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*/s/ Sharon K. Campbell*
Sharon K. Campbell State Bar # 03717600
6220 Campbell Rd, Suite 300
Dallas, Texas 75248
Telephone: 214-351-3260
Sharon@SharonKCampbell.com

*Attorneys for Plaintiff*